UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANGELINA CRESS,

Plaintiff,

v.

ROBERT WONES, S&R PROPERTY MANAGEMENT, TIMOTHY WERT, DIANE HARDY and WELTY PROPERTIES INC.,

Defendants.

CIVIL NO. 00-1549 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on October 31, 2000, upon Plaintiff's Oral Motion to Amend the Complaint and Add a Party. By agreement of the Parties, the Motion was heard by telephone, with no record being made. Philip H. Grove, Esq. appeared on behalf of Plaintiff; Kurtis L. Berg, Esq. appeared on behalf of Defendants Robert Wones and S&R Property Management; Thomas A. Gilligan, Jr., Esq. appeared on behalf of Defendants Timothy West and Diane Hardy; and Susan D. Thurmer, Esq. appeared on behalf of Defendant Welty Properties Inc.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Oral Motion to Amend the Complaint and Add a Party is denied without prejudice.

Dated: October 31, 2000

JOHN M. MASON
United States Magistrate Judge

FILED OCT 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

MEMORANDUM

The Motion is denied upon three grounds. First, the proposed Amended Complaint did not appear to comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure. See In re Buffets, 906 F. Supp. 1293 (D. Minn.1995). The Motion also did not appear to satisfy the requirements of Rule 20 or Rule 42 of the Federal Rules of Civil Procedure by identifying the "same transaction or occurrence or series of transactions or occurrences" or the "common question of law or fact common to all these persons." Finally, it appears that counsel for Plaintiff may be seeking to find and add additional plaintiffs, which could lead to sequential de facto decisions on joinder or consolidation.

J.M.M.