UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANGELINA CRESS,

Plaintiff,

v.

ROBERT WONES, S&R PROPERTY MANAGEMENT, TIMOTHY WERT, DIANE HARDY and WELTY PROPERTIES INC.,

Defendants.

CIVIL NO. 00-1549 (RHK/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated November 6, 2000. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Defendant Robert Wones and S&R Property's Alternative Motion for an Injunction pursuant to the provisions of Rule 65(d) [Docket No. 16] is denied.

Dated: Nov. 28, 2000

RHK
RICHARD H. KYLE
United States District Judge

NOV 28 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK