UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANGELINA CRESS,

Plaintiff,

v.

ROBERT WONES, S&R PROPERTY MANAGEMENT, TIMOTHY WERT, DIANE HARDY, and WELTY PROPERTIES, INC.,

Defendants.

CIVIL NO. 00-1549 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on February 28, 2001 upon Plaintiff's Motion to Compel [Docket No. 39]. Philip Grove, Esq. appeared on behalf of Plaintiff; Patricia Whitney, Esq. and Kurtis Berg, Esq. appeared on behalf of Defendants Robert Wones and S&R Property Management; Susan Thurmer, Esq. appeared on behalf of Defendant Welty Properties. There were no other appearances.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. Plaintiff's Motion to Compel [Docket No. 39] is granted in part and denied in part as follows:

a. the Motion is granted as to Plaintiff's First Set of Interrogatories. Defendants Wones and S&R Property Management shall serve full and complete responses to Plaintiff's First Set of Interrogatories no later than March 13, 2001. All

MAR 01 2001

objections to these interrogatories are overruled, with the exception of valid overbreadth objections which may be asserted if appropriate.

b. the Motion is granted as to Document Requests Nos. 2, 3, 5, 6, 8, 9, 10, and 11. Defendants Wones and S&R Property Management shall serve full and complete responses to these Document Requests no later than March 13, 2001.

c. the Motion is denied as to Document Requests Nos. 4, 7, 12, 13, and 14, without prejudice to Plaintiff's ability to make more narrowly tailored discovery requests on the same subjects.

2. No later than March 13, 2001, Defendants Wones and S&R Property Management shall each pay a sanction of $200.00 to Plaintiff.

Dated: March 1, 2001

JOHN M. MASON
United States Magistrate Judge