UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Angelina Cress,

Plaintiff,

v.

Robert Wones, S&R Management, Timothy Wert, Diane Hardy, and Welty Properties, Inc.,

Defendants.

Civil No. 00-1549 (RHK/JMM)

**ORDER RETAINING JURISDICTION**

---

Upon being advised that this action has been settled, the Court issued an Order for dismissal of this matter dated March 20, 2001, retaining jurisdiction of this matter for 30 days. The Court has now been advised that the parties need additional time to conclude and execute a final settlement agreement in this matter.

**IT IS HEREBY ORDERED** that the Court retains jurisdiction over this matter for 30 days from the date of this Order, to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 17, 2001

RICHARD H. KYLE
United States District Judge

FILED APR 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK