UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Angelina Cress,

Plaintiff,

v.

Robert Wones, RL One, Inc. d/b/a S&R Management, Timothy and Diane Wert, Welty Properties, Inc., and Susan Wones, d/b/a S&R Management

Defendants.

Court File No.: 00-1549 (RHK/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Angelina Cress and Welty Properties, Inc. herein agrees to dismiss with prejudice and on the merits all claims against Susan Wones, individually, and d/b/a S&R Management, without any costs or disbursements.

The remaining above-entitled action, having been compromised and settled between all remaining parties, including all cross claims, the same may be, and hereby is dismissed, with prejudice, on the merits, and without costs or disbursements to any party; and any party may and without notice apply to the Court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

**LAW OFFICES OF THE LEGAL AID SOCIETY OF MINNEAPOLIS**

Dated: 5/14, 2001

[signature]
Kevin Reuther (266255)
Attorneys for Plaintiff Angelina Cress
Housing & Discrimination Law Project
2929 Fourth Avenue South
Suite 201
Minneapolis, MN 55408
(612) 827-3774

FILED JUN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 08 2001
DEPUTY CLERK

Dated: 5/4/01

**THOMSEN & NYBECK, P.A.**

Mark G. Ohnstad (81218)
Attorneys for Defendant
Robert Wones, individually
3300 Edinborough Way, #600
Edina, MN 55435
(952) 835-7000

Dated: 5/10/01

Robert Wones, President
On behalf of S&R Management, a/k/a
S&R Property Management, and RL One, Inc.

Dated: June 4, 2001

**MURNANE, CONLIN, WHITE & BRANDT**

Thomas A. Gilligan, Jr. (202150)
Attorneys for Defendants
Timothy and Diane Wert f/k/a
Diane Hardy
1800 Piper Jaffray Plaza
444 Cedar Street
Saint Paul, MN 55101
(651) 227-9411

Dated: 5/21/2001

**SUSAN D. THURMER & ASSOCIATES, P.A.**

Susan D. Thurmer (122543)
Attorneys for Defendant
Welty Properties, Inc.
11708 Wayzata Blvd.
Minnetonka, MN 55305
(952) 512-8404

**ORDER**

Upon the foregoing Stipulation

IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment, dismissing the above-mentioned action, including all cross claims, with prejudice, on the merits, and without costs or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY,

By the Court:

Dated: 6/8/01

~~Magistrate John M. Mason~~ Kyle

**JUDGMENT**

On the foregoing Stipulation and Order,

IT IS HEREBY ADJUDGED, that the above-entitled action is dismissed, with prejudice, on the merits, and without costs or disbursements to any party.

By the Court:

Dated: __________________ __________________________